**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | 25MJ0907 |
| v. | **I N F O R M A T I O N** |
| JONATHAN BODINE BONYHARD, | Title 21, U.S.C., Secs. 952 and 960 - Importation of (Felony) |
| Defendant. | |

The Acting United States Attorney charges:

On or about February 26, 2025, within the Southern District of California, defendant, JONATHAN BODINE BONYHARD, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 26, 2025.

ANDREW R. HADEN
Acting United States Attorney

*Kaley S. Chan*
KALEY S. CHAN
Assistant U.S. Attorney

*:*:3/3/2025